NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY CAPPELLETTI,      )
                          )
          Appellant,      )
                          )
v.                        )      Case No.  2D18-3785
                          )
STATE OF FLORIDA,         )
                          )
          Appellee.       )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Ramiro Mañalich,
Judge.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, MORRIS, and KELLY, JJ., Concur.